UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

IN RE                                           )
                                                )
STEVE MARRERO                                   )        CASE NO 21-31076
LETICIA MARRERO                                 
                                                )
DEBTOR(S)                                       )

## SCHEDULE OF ALLOWED CLAIMS

    DEBTOR by Counsel states that the following claims have been duly proven and should be allowed as unsecured claims as listed and paid in accordance with the Order of Confirmation.

| PRIORITY | AMOUNT |
|---|---|
| Claim No.11 | $11078.22 |

IRS Department of the Treasury
Internal Revenue Service
Cincinnati OH 45999

| | |
|---|---|
| Claim No. 20 | $966.59 |

Kentucky Department of Revenue
Legal Support Branch
P.O.B 5222
Frankfort KY 40602

SECURED

| | |
|---|---|
| Claim No. 5 | $27215.85 |

Ford Motor Credit Company LLC
Dept 55953
P.O.B 55000
Detroit MI 48255

| | |
|---|---|
| Claim No. 6 | $6857.15 |

Wells Fargo Bank N.A.
P.O.B 10438
Des Moines IA 50306

| | |
|---|---|
| Claim No. 10 | $469.90 |

OneMain Financial

P.O.B 3251
Evansville IN 47731

Claim No. 30 $78970.76

NewRez LLC dba Shellpoint Mortgage
Servicing
Bankruptcy Department
P.O.B 10826
Greenville SC 29603

UNSECURED

Claim NO.1 $444.50

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
P.O.B 788
Kirkland WA 98083

Claim No. 2 $774.36

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
P.O.B 788
Kirkland WA 98083

Claim No. 3 $211.19

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
P.O.B 788
Kirkland WA 98083

Claim No. 4 $20712.46

Navient Solutions LLC on behalf of
Department of Education Loan Services
P.O.B 9635
Wilkes-Barre PA 18773

Claim No. 7 $237.96

Capital One Bank (USA) N.A.
By American Infosource as agent
P.O.B 71083

Charlotte NC 28272

Claim No. 8 $485.74

LVNV Funding LLC
Resurgent Capital Services
P.O.B 10587
Greenville SC 29603

Claim No. 9 $460.63

LVNV Funding LLC
Resurgent Capital Services
P.O.B 10587
Greenville SC 29603

Claim No. 12 $100.00

Norton Healthcare
By American Infosource as agent
P.O.B 4457
Houston TX 77210

Claim No. 13 $100.00

Norton Healthcare
By American Infosource as agent
P.O.B 4457
Houston TX 77210

Claim No. 14 $150.00

Norton Healthcare
By American Infosource as agent
P.O.B 4457
Houston TX 77210

Claim No. 15 $45.00

Norton Healthcare
By American Infosource as agent
P.O.B 4457
Houston TX 77210

Claim No. 16 $120.00

Norton Healthcare
By American Infosource as agent
P.O.B 4457
Houston TX 77210

Claim No. 17 $30.00

Norton Healthcare
By American Infosource as agent
P.O.B 4457
Houston TX 77210

Claim No. 18 $50.00

Norton Healthcare
By American Infosource as agent
P.O.B 4457
Houston TX 77210

Claim No. 19 $50.00

Norton Healthcare
By American Infosource as agent
P.O.B 4457
Houston TX 77210

Claim No. 21 $3360.34

The Bank of Missouri
P.O.B 105555
Atlanta GA 30348

Claim No. 22 $3211.28

Jefferson Capital Systems LLC Assignee
P.O.B 7999
Saint Cloud MN 56302

Claim No. 23 $886.95

Premier Bank Card LLC
Jefferson Capital Systems LLC Assignee
P.O.B 7999
Saint Cloud MN 56302

Claim No. 24 $478.81

Premier Bank Card LLC
Jefferson Capital Systems LLC Assignee
P.O.B 7999
Saint Cloud MN 56302

Claim No. 25                                                                                                               $655.02

Premier Bank Card LLC
Jefferson Capital Systems LLC Assignee
P.O.B 7999
Saint Cloud MN 56302

Claim No. 26                                                                                                               $486.57

Merrick Bank
Resurgent Capital Services
P.O.B 10368
Greenville SC 29603

Claim No. 27                                                                                                               $364.07

Atlas Acquisitions LLC
492C Cedar Ln STE 442
Teaneck NJ 07666

Claim No. 28                                                                                                               $517.60

Atlas Acquisitions LLC
492C Cedar Ln STE 442
Teaneck NJ 07666

Claim No. 29                                                                                                               $227.25

Atlas Acquisitions LLC
492C Cedar Ln STE 442
Teaneck NJ 07666

Claim No. 31                                                                                                               $984.61

Portfolio Recovery Associates LLC
P.O.B 12914
Norfolk VA 23541

Claim No. 32                                                                                                               $757.34

Quantum3 Group LLC as agent for
CKS Prime Investments LLC
P.O.B 788
Kirkland WA 98083

Claim No. 33      $135.48

Synchrony Bank
c/o PRA Receivables Management LLC
P.O.B 41021
Norfolk VA 23541

Claim No. 34      $390.00

Jefferson Capital Systems LLC
P.O.B 7999
Saint Cloud MN 56302

Claim No. 35      $176.44

Quantum3 Group LLC as agent for
Comenity Bank
P.O.B 788
Kirkland WA 98083

Claim No. 36      $157.00

Quantum3 Group LLC as agent for
Comenity Capital Bank
P.O.B 788
Kirkland WA 98083

Claim No. 37      $866.40

Quantum3 Group LLC as agent for
Bluestem and SCUSA
P.O.B 788
Kirkland WA 98083

Claim No. 38      $7.67

Ashley Funding Services LLC
Resurgent Capital Services
P.O.B 10587
Greenville SC 29603

| | |
|---|---:|
| Claim No. 39 | $1977.63 |

Jefferson Capital Systems LLC
P.O.B 7999
Saint Cloud MN 56302

| | |
|---|---:|
| Claim No. 40 | $1328.43 |

Portfolio Recovery Associates LLC
P.O.B 12914
Norfolk VA 23541

| | |
|---|---:|
| Claim No. 41 | $1189.30 |

FinWise Bank
c/o Opportunity Financial LLC
130 E. Randolph St STE 3400
Chicago IL 60601

/s/ Nick C. Thompson
Nick C. Thompson
800 Stone Creek Parkway Suite 6
Louisville Kentucky 40223
bankruptcy@bankruptcy-divorce.com
Voice 1-502-625-0905
Fax 1-502-625-0940

## **CERTIFICATION**

     I hereby certify that a copy of the above Schedule of Allowed Claims was electronically sent to the last known address for the Trustee William W. Lawrence at 310 Legal Arts Building 200 S. Seventh St Louisville Ky. 40202 on this day August 13, 2021

/s/ Nick C. Thompson
Nick C. Thompson
800 Stone Creek Parkway Suite 6
Louisville Kentucky 40223
bankruptcy@bankruptcy-divorce.com
Voice 1-502-625-0905
Fax 1-502-625-0940