Fill in this information to identify the case:

Debtor 1    Steve Marrero

Debtor 2    Leticia Marrero
(Spouse, if filing)

United States Bankruptcy Court for the:    WESTERN     District of    KENTUCKY
                                                                                                                                      (State)

Case number    21-31076-CRM

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | NewRez LLC d/b/a Shellpoint Mortgage Servicing | **Court claim no. (if known)** | 30 |

**Last four digits** of any number you use to identify the debtors' account:    XXXXXX9369

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 6/23/2021, | (5) | $ 400.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. | Other. Specify:    Plan Review | 5/19/2021 | (11) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Steve Marrero | | Case number (*if known*) | 21-31076-CRM |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Dane  Exnowski          Date  6/30/2021
   Signature

Print:  Dane          Exnowski          Title  Authorized Agent
        First Name  Middle Name  Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number    Street
         Roswell          GA          30076
         City             State       ZIP Code

Contact phone  562-661-5060          Email  Dane.Exnowski@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **In re:** | ) |
| | ) **Case No.** 21-31076-CRM |
| Steve Marrero | ) **Chapter** 13 |
| Leticia Marrero | ) |
| | ) **JUDGE:** Charles R. Merrill |

## EXHIBIT B

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $250.00 |
| | 05/19/2021 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 |
| Bankruptcy/Proof of Claim Fees | | | $400.00 |
| | 06/23/2021 | Preparation and Filing of Proof of Claim | $400.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:       **$650.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re:<br>Steve Marrero<br>Leticia Marrero | Bankruptcy Case No.: 21-31076-CRM<br>Chapter: 13<br>Judge: Charles R. Merrill |

CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Steve Marrero
12410 Brookgreen Dr
Louisville, KY 40243-2110

Leticia Marrero
12410 Brookgreen Dr
Louisville, KY 40243-2110

Nick C. Thompson                           (served via ECF Notification)
800 Stone Creek Parkway
Suite 6
Louisville, KY 40223

William W. Lawrence, Trustee               (served via ECF Notification)
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202

John L. Daugherty                          (served via ECF Notification)
Asst. U.S.Trustee
601 West Broadway #512
Louisville, KY 40202

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    6/30/2021           By:    /s/Dane Exnowski
                (date)                     Dane Exnowski
                                           Authorized Agent for NewRez LLC d/b/a Shellpoint
                                           Mortgage Servicing